**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Robert Thomas Wilharm v. The State of Texas

Appellate case number:    01-15-00507-CR

Trial court case number:  1402605

Trial court:                        174th District Court of Harris County

On December 1, 2015, we issued an order abating the appeal and remanding to the trial court to hold a hearing to determine why no brief had been filed. We issued another order on February 2, 2016, again directing the trial court to hold a hearing to determine why appointed counsel had not filed a brief. The trial court held a video conference on February 11, 2016. On March 11, 2016, appointed counsel tendered a brief.

We reinstate the appeal on the active docket and order appellant's brief filed. The State's brief is **due 30 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
            ☒ Acting individually    ☐ Acting for the Court

Date:  March 17, 2016